FILED
JAMES J. VILT, JR. - CLERK
SEP 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

5:22-cv-124-BJB

Patricia Ford vs. McCracken Sheriffs Department

I was residing at 219 Georgia St in a house that's owned by Donnie Wilkerson had been living here approximately 10 months prior to on 10/20/2021 McCracken Co. Sherriffs dept. Matt Carter was one of the officers that was on that scene they stated to me I had 5 minutes to get all my belongings and leave that premises all because I refused to sleep with Mr. Jimmy Greer. The officers then gave all my belongings to Mr. Jimmy Greer who's a known thief. The law is I'm to be hand delivered an eviction notice and given a court date. I'm suing for 180,000

Patricia Ford

...ducah, Ky. 42003

Federal Courthouse
501 Broadway, Suite 127
Paducah, Ky.
42001-

RECEIVED
JAMES J. VILT, JR. - CLERK
SEP 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY